IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PEPKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:23-cv-2089 |
| | ) |
| MANOR HOUSE KITCHENS, INC., | ) |
| | ) |
| Defendant. | ) |

## VERDICT

1. Has William Pepke proven, by a preponderance of the evidence, that Manor House Kitchens, Inc. discriminated against him because of his age when it laid him off?

    ____✓____ YES          _____ NO

*If you answered "YES" to Question 1, continue to Questions 2 and 3. If you answered "NO," STOP. Sign and date, and then notify the Court that you have reached your verdict.*

2. What amount of damages, if any, do you award to Mr. Pepke for:

    Compensatory Damages:  $ 30,000.00
    Back Pay:              $ 11,500.00
    Front Pay:             $ 26,148.50

- 1 -

3. Do you find that Mr. Pepke has proven by a preponderance of the evidence that the decision of Manor House Kitchens to lay him off because of his age was willful as defined by the Court's instructions?

    ✓ YES      _____ NO

*STOP. Notify the Court that you have reached your verdict.*

The foreperson is required to sign and date this document in the spaces provided below as the unanimous verdict of the jury. All other members of the jury must sign in the spaces thereafter.

Date: 10/10/24

Foreperson: *Amanda M. Andrews*

*Sarah Cinq-Mars*

*Christy Matlio*

*Alexandria Mac*

*[signature]*

*[signature]*

*[signature]*

*Marie [signature]*