AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| WILLIAM PEPKE <br> *Plaintiff* <br> v. <br> MANOR HOUSE KITCHENS, INC. <br> *Defendant* | Civil Action No. 2:23-cv-2089 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* William Pepke recover from the defendant *(name)* Manor House Kitchens, Inc. the amount of Seventy Nine Thousand One Hundred Forty-Eight dollars and Fifty cents ($ 79,148.50 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other: _____.

This action was *(check one)*:

☑ tried by a jury with Judge J. Nicholas Ranjan presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

"ENGTM"QH"EQWTV

10/10/2024

*Peter Kosloski*

"Fcvg"  "Uki pcwtg"qh"Engtm"qt"Fgrw{"Engtm