IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PEPKE, | : |
| Plaintiff, | : 2:23-cv-02089-NR |
| v. | : |
| MANOR HOUSE KITCHENS, INC., | : |
| Defendant. | : |

### PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

Having obtained a favorable jury verdict in the amount of $79,148.50, *see* Doc. 80, Plaintiff respectfully moves for entry of an order awarding Winebrake & Santillo, LLC attorney's fees of $213,550.00 and costs of $10,617.22 pursuant to Federal Rule of Civil Procedure 54, 29 U.S.C. §§ 626(b), 216(b), and 43 P.S. § 962(c.2). Such relief is warranted based on the accompanying brief and declaration.

Date: October 24, 2024

Respectfully submitted,

/s/ Mark J. Gottesfeld
Peter Winebrake
Mark J. Gottesfeld
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491
pwinebrake@winebrakelaw.com
mgottesfeld@winebrakelaw.com

*Plaintiff's Counsel*